IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-32-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GIANLUCA TOSCA, | ) | |
| | ) | |
| Defendant. | ) | |

On December 19, 2017, Gianluca Tosca ("Tosca") moved for early termination of his supervised release [D.E. 3]. The court has reviewed the motion and the record. The motion [D.E. 3] is DENIED. At the end of February 2019, Tosca's probation officer will advise the court of Tosca's performance on probation, the status of Tosca's financial obligations, and whether the probation officer recommends early termination. Tosca and the United States may then respond to the probation officer's update.

SO ORDERED. This **27** day of March 2018.

JAMES C. DEVER III
Chief United States District Judge